IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| MICHAEL M. BEAMON, JR. | § | |
|---|---|---|
| Plaintiff, | § | |
| VS. | § | NO. 3:08-CV-0693-D |
| PARKLAND HOSPITAL, ET AL. | § | |
| Defendants. | § | |

## ORDER

After conducting a review of the pleadings, files and records in this case, and the Findings and Recommendation of the United States Magistrate Judge in accordance with 28 U.S.C. § 636(b)(1), I am of the opinion that the Findings and Recommendation of the Magistrate Judge are correct, and they are hereby accepted as the Findings of the Court.

Accordingly, plaintiff is allowed to prosecute his medical care claim against Dr. Arlene Peay. Plaintiff's claims against Parkland Hospital are summarily dismissed with prejudice pursuant to 28 U.S.C. § 1915(e)(2).

**SO ORDERED**.

August 20, 2008.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE